**No. 48063.**—Protests 904872–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained.

**No. 48064.**—Protests 934875–G, etc., of A. D. Cohen Co. et al. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and Abstract 47291, *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and Abstract 46497 the protests were sustained as to the hats of the material provided for in paragraph 1504 (b) (1), and not blocked or trimmed, and not bleached, dyed, colored, or stained.

**No. 48065.**—Protest 92655–K of Hudson Shipping Co., Inc.  (New York).

Opinion by TILSON, J.  An examination of the papers disclosed no reason to warrant disturbing the collector's decision, which was held presumptively correct. On the authority of Abstract 15400 the protest was dismissed.

**No. 48066.**—Protest 862347–G of Charles Bruning Co. (New York).

Opinion by KINCHELOE, J.  It appeared that the cloth in question is composed of cotton and noncotton material and is similar in all material respects to that the subject of *Perseverance Import Corporation* v. *United States* (T. D. 49290). The protest was therefore sustained in accordance with stipulation of counsel.

**No. 48067.**—Protest 93645–K of Albert P. Meyer & Co. (New York).

Opinion by KINCHELOE, J.  At the trial it was stipulated between counsel that the paper horns in question are in chief value of lithographic prints and in part of bamboo.  In accordance therewith and on the authority of Abstracts 39509 and 46487 the claim at 45 percent under paragraph 409 was sustained.

FEBRUARY 23, 1943

**No. 48068.**—SUIT 4377.— *United States* v. *Leonard W. Moritz Co.* and *Lacta Separator Co., Inc.*  Reap.  c. 5483 affirmed.  C. A. D. 225.